UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CR416-350 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD RIDDLE | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on November 18, 2016, a seven-count Information was filed against the Defendant charging violations of 18 U.S.C. §§ 2113(a) and (d) (Counts One and Two – Bank Robbery with use of Force or Violence), and 18 U.S.C. § 2113(a) (Counts Three through Seven – Bank Robbery);

WHEREAS, the Information sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 of any property constituting or derived from any proceeds obtained directly or indirectly as a result of such violations charged in Counts One through Seven of the Information;

WHEREAS, the Information further sought forfeiture pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c) of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on January 24, 2017, the Defendant pled guilty to Counts One through Seven of the Information charging violations of 18 U.S.C. §§ 2113(a) and (d), Bank Robbery with use of force or violence (Counts One and Two), and 18 U.S.C. § 2113(a), Bank Robbery (Counts Three through Seven);

WHEREAS, Defendant hereby agrees to entry of an Order of Forfeiture reflecting a money judgment in the amount of $16,326.00 as all proceeds he received as a result of the violations to which he pled guilty; and

WHEREAS, Defendant further agrees to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, Defendant shall forfeit to the United States the sum of $16,326.00, which is the sum of money equal to all proceeds traceable to Defendant's offenses of conviction.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

4. In accordance with the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake whatever discovery is necessary to

identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. This Court shall retain jurisdiction for the purpose of enforcing this Order.

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Jennifer G. Solari, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: 6/21/2017

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

Jennifer G. Solari
Assistant United States Attorney
District of Columbia Bar # 987167
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

Date: 6/21/17

Leonard Riddle
Defendant

Jonathan J. Hunt, Esq.
Attorney for Defendant

Date: 6-21-2017